with all right, title and interest therein, upon the assignee thereafter retaking the property covered by said contract and failing to sell the same as provided in said statute? "

*William C. Carroll* for appellants.
*Paul Sheehan* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and McLAUGHLIN, JJ.     Absent: ANDREWS, J.

---

EMILY M. FORD, Respondent, *v.* JOHN WANAMAKER, Appellant.

*Ford* v. *Wanamaker*, 172 App. Div. 908, affirmed.

(Argued October 18, 1918; decided November 1, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that plaintiff was struck by a swinging door located near the southwesterly corner of the defendant's dry goods store at Broadway, near Ninth and Tenth streets, New York city; that the said door was suddenly swung against the plaintiff by the agency of a person or persons unknown to the plaintiff, due to the fact that the door could swing inwards as well as outwards, and that the corner of the counter past which the plaintiff was going at the time was so close to the said door when swung inwards as to render it impossible for a person to pass the corner of the said counter without being exposed to a blow from the door.

*Stephen P. Anderton* and *Alfred W. Melden* for appellant.
*Oswald N. Jacoby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO and POUND, JJ. Not sitting: MCLAUGHLIN, J. Absent: ANDREWS, J.

---

AMERICAN FIDELITY COMPANY OF MONTPELIER, VERMONT, Respondent, v. WILLIAM E. D. STOKES, Appellant.

*American Fidelity Co. of Montpelier, Vt.,* v. *Stokes,* 172 App. Div. 908, affirmed.

(Submitted October 18, 1918; decided November 1, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 31, 1916, affirming a judgment in favor of plaintiff entered upon a verdict. Two actions had been commenced in July, 1912, against this plaintiff to recover damages for loss of services and personal injuries growing out of an accident to an infant, claimed to be due to the negligence of this defendant's chauffeur. The defense of both actions was undertaken by this plaintiff through its attorneys, under the terms of a policy of insurance whereby the respondent agreed to indemnify appellant to the extent of $10,000 against loss or expense on account of bodily injuries accidentally suffered by one person. The complaint alleged that the plaintiff was defending the two actions above referred to pursuant to the policy and in consideration that the plaintiff would settle the said actions the defendant promised to pay the plaintiff towards the expense of such settlement the sum of $1,000 and that plaintiff in consideration of said promise of the appellant relinquished the defenses of the said actions and duly effected a settlement thereof and paid in settlement thereof the sum of $6,500. The answer, while admitting that the plaintiff was defending these actions and it did settle them, denied any agreement on defendant's part to pay $1,000 in consideration of the respondent's relinquishing the defenses of the actions and effecting the settlement. The only question in the case was whether or not any such contract was made.